UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LaSalle Bank National Association as Trustee for First Franklin Mortgage Loan Trust 2007-1, Mortgage Loan Asset-Backed Certificates, Series 2007-1<br><br>Plaintiff,<br><br>vs.<br><br>James Holdman, et al.<br><br>Defendants. | Case No. 1:07-cv-02434<br><br>Judge Christopher A. Boyko<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 10/29/07

_Christopher A. Boyko_
Judge Christopher A. Boyko
UNITED STATES DISTRICT JUDGE

FILED
OCT 29 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

E42

G:\Cases - TM\07-17899\Motion for Default Judgment-070928-MAH.wpd